USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 97-9006 IN RE: Moorhead Corporation, MLX Corporation & First Heidie's Inc. Debtors. ____________________ MARIA HILL, Appellant. v. JOHN A. BURDICK, JR., Chapter 7 Trustee, and Friends of Russells Mills, Inc., Appellees. ____________________ APPEAL FROM THE BANKRUPTCY APPELLATE PANEL OF THE FIRST CIRCUIT ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Maria K. Hill on brief pro se. _____________ Burdick & DiLeo, P.C. on brief for appellee John A. Burdick, Jr., _____________________ Chapter 7 Trustee. Robert A. Fasanella, Peter A. Wilson and Fasanella, Johnson & ____________________ ________________ _____________________ Wood, P.C. on brief for appellees, Friends of Russells Mills, Inc. __________ ____________________ FEBRUARY 4, 1998 ____________________ Per Curiam. We have carefully reviewed the record and __________ briefs on appeal and affirm the judgment of the bankruptcy court. The only issue raised below, thus the only issue properly before us, is whether the bankruptcy court abused its discretion in approving the compromise, given appellant's offer to purchase the state action for a larger gross sum. In re LaRoche, 969 F.2d 1299, 1305 (1st Cir. 1992). At the _____________ time the compromise was approved, the record showed that conveying the cause of action to appellant, rather than compromising the action, would subject the bankruptcy estate to risk of indeterminate magnitude. Under the circumstances, the bankruptcy court did not abuse its discretion in determining that it would not be in the best interests of the estate to accept such risk. Jeffrey v. Desmond, 70 F.3d 183, _______ _______ 185 (1st Cir. 1995); Depoister v. Holloway Foundation, 36 _________ ___________________ F.3d 582 (7th Cir. 1994). Affirmed. Loc. R. 27.1. ________ -2-